**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7582**

---

BOBBIE TODD,

Plaintiff - Appellant,

versus

BILLY LINKOUS, Sergeant,

Defendant - Appellee,

and

MONTGOMERY COUNTY JAIL,

Defendant.

---

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, Magistrate Judge. (CA-94-1056-R)

---

Submitted:  February 6, 1996      Decided:  February 16, 1996

---

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Bobbie Todd, Appellant Pro Se.  Phillip Richard Lingafelt, GLENN, FLIPPIN, FELDMANN & DARBY, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the magistrate judge's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the magistrate judge's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the magistrate judge. <u>Todd v. Montgomery County Jail</u>, No.CA-94-1056-R (W.D. Va. Sept. 29, 1995). We note that the Appellee's conduct was reasonable and did not substantially burden Appellant's religious rights. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

3